IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY L. BEALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-195-C |
| | ) | |
| ELK CITY POLICE DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on January 12, 2016, to which Plaintiff has objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. Plaintiff's Objection simply argues the merits of his claims in this and other cases, and fail to address his failures to follow rules and procedures as required.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed without prejudice.

IT IS SO ORDERED this 1st day of March, 2016.

ROBIN J. CAUTHRON
United States District Judge