IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY L. BEALS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-15-195-C |
| ) | |
| ELK CITY POLICE DEPARTMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 43) is adopted and the civil rights complaint is dismissed without prejudice. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 28th day of June, 2016.

ROBIN J. CAUTHRON
United States District Judge